FILED
December 24, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JAMES RONALD MERCER, ) <br> ) <br> Defendant. ) | Case No. MAG. 08-0439-EFB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JAMES RONALD MERCER, Case No. MAG. 08-0439-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of: $200,000.00.

_X_   Unsecured Appearance Bond (co-signed)

___   Appearance Bond with Surety

_X_   (Other) Conditions as stated on the record.

_X_   (Other) The Defendant is ordered to appear in the Eastern District of Michigan on 01/06/09 at 1:00 p.m.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _12/24/08_ at _1:50 p.m_

By _/s/ Edmund F. Brennan_
Edmund F. Brennan
United States Magistrate Judge